Order issued: September /4 , 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01672-CV

AMERICAN NATIONAL DEVELOPMENT, LP, ET AL., Appellants

V.

COLONY ASSET DEVELOPMENT, LLC, Appellee

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-00877

## ORDER

By order dated July 26, 2012, the Court informed Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court of Dallas County, Texas, that the reporter's record was past due. We ordered Ms. Dobbins to file the reporter's record, written verification that no hearings were recorded, or written verification that no request or payment arrangements have been made. As of today's date, the Court has not received a response from Ms. Dobbins.

Accordingly, we again **ORDER** Ms. Dobbins to file, **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification of no request or no payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Dobbins and all counsel of record.

_____
CAROLYN WRIGHT
CHIEF JUSTICE